Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue
New York, NY 10017
212-983-0900
Attorneys for SSP Capital Partners, LLC
By: Richard C. Yeskoo

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SSP CAPITAL PARTNERS, LLC,

                        Plaintiff,

       – against –

MANDALA, LLC, HAROUST, LLC, HAMILTON
GRANGE, LLC, ARABARA, LLC and 316
SECOND AVENUE, LLC,

                        Defendants.
-----------------------------------------------------------------X

No. 07 Cv 3878 (NRB)

ECF Case

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SSP Capital Partners, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are

1

publicly held.  None.

Dated:   New York, New York
         May 11, 2007

                                      YESKOO HOGAN & TAMLYN, LLP
                                      535 Fifth Avenue
                                      New York, New York 10017
                                      212-983-0900

                                      By:  _____
                                          Richard C. Yeskoo  (RY7329)

                                      Attorneys for Plaintiff