# YESKOO HOGAN & TAMLYN, LLP
ATTORNEYS AT LAW
535 FIFTH AVENUE
NEW YORK, NEW YORK 10017

NEW JERSEY OFFICE
139 SOUTH STREET
NEW PROVIDENCE, N.J. 07974
(908) 464-8300

TELEPHONE
(212) 983-0800
FACSIMILE
(212) 983-0907

June 6, 2007

Honorable Naomi Rice Buchwald
United States District Court
500 Pearl Street
New York, New York 10007

Re: SSP v. Mandala, 07 CV 3878 (NRB)

Dear Judge Buchwald:

I am counsel for plaintiff. Defendants are not yet represented.

I am writing to request that you extend the time for all defendants to answer to July 29, 2007. The parties are currently discussing settlement and would like to avoid the cost of litigation if possible.

Your consideration of this request is appreciated.

Respectfully submitted,

Richard C. Yeskoo

*So Ordered.*

[signature]
6/11/07

DATE FILED: 6/15/07