```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SSP CAPITAL PARTNERS, LLC,                Case No.: 07 CV 3878 (NRB)

                    Plaintiff,

        -against-

MANDALA LLC, HAROUST, LLC,
HAMILTON GRANGE, LLC, ARABARA, LLC
and 316 SECOND AVENUE, LLC,

                    Defendants.
------------------------------------X
```

## NOTICE OF APPEARANCE and
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-referenced proceeding as attorney for all Defendants, and demands that all papers be forwarded to him at his office address listed below.

Dated: Brooklyn, New York
       July 26, 2007

s/ *Michael T. Sucher (ms-9414)*
MICHAEL T. SUCHER, ESQ.
Attorney for all Defendants
26 Court Street, Suite 2412
Brooklyn, New York 11242
(718) 522-1995