UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SSP CAPITAL PARTNERS, LLC,                     Case No.: 07 CV 3878 (NRB)

               Plaintiff,

                                        **RULE 7.1 STATEMENT**

   -against-

MANDALA LLC, HAROUST, LLC,
HAMILTON GRANGE, LLC, ARABARA, LLC
and 316 SECOND AVENUE, LLC,

               Defendants.
----------------------------------------X

     Pursuant to federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for all Defendants (all private non-governmental parties), certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

          NONE.

Dated:  Brooklyn, New York
        July 26, 2007

                                            *s/ Michael T. Sucher (ms-9414)*
                                            MICHAEL T. SUCHER, ESQ.
                                            Attorney for all Defendants
                                            26 Court Street, Suite 2412
                                            Brooklyn, New York 11242
                                            (718) 522-1995