UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SSP CAPITAL PARTNERS, LLC,

               Plaintiff,

    -against-

MANDALA LLC, HAROUST, LLC,
HAMILTON GRANGE, LLC, ARABARA, LLC
and 316 SECOND AVENUE, LLC,

               Defendants,
------------------------------------X

Case No.: 07 CV 3878 (NRB)

STIPULATION
EXTENDING TIME
TO ANSWER COMPLAINT

    IT IS HEREBY STIPULATED by and between the parties hereto, as follows:

    1.    That the time of Defendants to answer or otherwise move with respect to the Complaint of the Plaintiff be extended up to and including the 19th day of October, 2007.

    2.    This stipulation may be executed in counterparts, and a fax shall be deemed an original for all purposes.

Dated: Brooklyn, New York
       October 8, 2007

YESKOO, HOGAN & TAMLYN, LLP.
By RICHARD C. YESKOO, ESQ.
Attorney for Plaintiff
535 Fifth Avenue
New York, New York 10017
(212) 963-0900

MICHAEL T. SUCHER, ESQ.
Attorney for Defendants
26 Court Street, Suite 2412
Brooklyn, New York 11242
(718) 522-1995

So Ordered:

U.S.D.J.
10/11/07