```
STATE OF NEW YORK  )
COUNTY OF KINGS    ) ss.:
```

    ANDREW M. SHABASSON, an attorney duly licensed to practice law in the courts of the State of New York, affirms under the penalties of perjury that he resides in Brooklyn, New York, is not a party to this action, and is over eighteen years of age. That on October 19, 2007 affirmant served the within Answer to Complaint, on the entity named below, at its business address, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                        Yeskoo Hogan & Tamlyn, LLP
                        Attorneys for Plaintiff
                        535 Fifth Avenue
                        New York, New York 10017

Affirmed: October 19, 2007

                                      ANDREW M. SHABASSON, ESQ.