Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue
New York, NY 10017
212-983-0900
Attorneys for SSP Capital Partners, LLC
By:  Richard C. Yeskoo

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SSP CAPITAL PARTNERS, LLC,                                    1:07-cv-03878 (NRB)

                                        Plaintiff,
                                                              Notice of Motion

            – against –

MANDALA, LLC, HAROUST, LLC, HAMILTON
GRANGE, LLC, ARABARA, LLC and 316
SECOND AVENUE, LLC,

                                        Defendants.
-------------------------------------------------------------------X

        Please take notice that the plaintiff, SSP Capital Partners, LLC, will move

for summary judgment on liability and damages before the Court, Honorable

Naomi Rice Buchwald, 500 Pearl Street, New York, New York 10007, at the time

and place set by the Court.  This motion is based on the annexed statement of

undisputed facts, affidavit of Michael Gordon, Affirmation of Richard C. Yeskoo

and memorandum of law.

Dated: August 11, 2008

                                    YESKOO HOGAN & TAMLYN, LLP
                                    535 Fifth Avenue
                                    New York, New York 10017
                                    212-983-0900

                                    By:  _____
                                         Richard C. Yeskoo  (RY7329)

1