AFFIRMATION OF SERVICE

RICHARD C. YESKOO states under penalty of perjury:

I am a member of the bar of this Court and of Yeskoo, Hogan & Tamlyn, LLP, counsel to plaintiff William Wolfson. On August 11, 2008 I served a copy of plaintiff's notice of motion, statement of undisputed facts, affidavit of Michael Gordon, Affirmation of Richard Yeskoo and memorandum by federal express, next day delivery upon:

Michael T. Sucher
26 Court Street
Brooklyn, New York 11242

_____
Richard C Yeskoo