Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue
New York, NY 10017
212-983-0900
Attorneys for SSP Capital Partners, LLC
By: Richard C. Yeskoo

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SSP CAPITAL PARTNERS, LLC,                                  1:07-cv-03878 (NRB)

                           Plaintiff,

                                                     Affirmation of Richard
         – against –                              C. Yeskoo

MANDALA, LLC, HAROUST, LLC, HAMILTON
GRANGE, LLC, ARABARA, LLC and 316
SECOND AVENUE, LLC,

                           Defendants.
-------------------------------------------------------------X

       RICHARD C. YESKOO, an attorney duly admitted to practice law in the State of New York, affirms under penalty of perjury as follows:

       1.     I am a member of Yeskoo Hogan & Tamlyn, LLP, attorneys for plaintiff.

       2.     Annexed hereto are excerpts from the deposition of Richard Kaplin.

Dated: August 11, 2008

                                                         _____
                                                         Richard C. Yeskoo

1

# EXHIBIT 1



1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SSP CAPITAL PARTNERS, LLC,

        Plaintiff,

  -against-              1:07-cv-03878 (NRB)

MANDALA, LLC, HAROUST, LLC,

HAMILTON GRANGE, LLC and

316 SECOND AVENUE, LLC,

        Defendants.

------------------------------x


        April 9, 2008

        2:12 p.m.


        Deposition of RICHARD KAPLIN, ESQ., held at the offices of KAPLIN, DICONZA, LaROCCA, DICUNTO & KAPLIN, LLP, 478 Bay Ridge Parkway, Brooklyn, New York, pursuant to Notice, before Stephen Kleinman, a Notary Public within and for the State of New York.



the bailey group
court reporting services
212-557-4848 | 877-544-9600
www.baileyreporting.com

```
 1
 2      R I C H A R D     K A P L I N,    E S Q.,
 3           called as a witness, having been duly sworn
 4           by a Notary Public, was examined and
 5           testified as follows:
 6      EXAMINATION BY
 7      MR. YESKOO:
 8           Q.    Would you state your business address
 9      for the record, please.
10           A.    478 Bay Ridge Parkway, Brooklyn, New
11      York.
12           Q.    And what is your occupation?
13           A.    I am an attorney.
14           Q.    Did you represent Haroutian Denderian
15      and related companies in February of 2007?
16           A.    I was going represent to him, but we
17      never got that far.
18           Q.    Okay.  Let me show what I will mark as
19      Plaintiff's Exhibit 1.
20                 (Plaintiff's Exhibit 1, secured loan
21           document, marked for identification.)
22           Q.    Let me show you has been marked as
23      Plaintiff's Exhibit 1.
24                 Have you seen a copy of this document
25      before?
```

|    | R. Kaplin, Esq. |
|----|---|
| 1  | |
| 2  | A. I recognize the name SSP Capital |
| 3  | Partners, LLC. I couldn't tell you whether I saw |
| 4  | this particular document before or other |
| 5  | correspondence from them. |
| 6  | Q. This document contemplates a loan from |
| 7  | SSP Capital Partners to various corporations |
| 8  | listed on the first page. |
| 9  | Were you aware of a proposed loan? |
| 10 | A. Yes. |
| 11 | Q. Okay. Can you tell me what legal |
| 12 | services, if any you, provided with respect to |
| 13 | that loan? |
| 14 | A. Mr. Denderian had contacted me in and |
| 15 | around this time, inquiring whether another of my |
| 16 | clients that he had borrowed money from before and |
| 17 | for whom I had acted as lender's attorney would be |
| 18 | interested in loaning him money. I contacted my |
| 19 | client and found out that he was not interested in |
| 20 | giving Mr. Denderian or his companies another |
| 21 | mortgage. Mr. Denderian then asked me if I know |
| 22 | anyone else that might. I did contact another |
| 23 | potential lender for him. |
| 24 | In and around at that time, Mr. |
| 25 | Denderian had various conversations with that |

6

R. Kaplin, Esq.

1
2  other potential lender about whether or not they
3  would loan him money and under what terms.  There
4  were a variety of properties involved.
5           During the course of that process, Mr.
6  Denderian asked me if I would represent him if any
7  of these loans went to a closing, because his
8  usual attorney by the name of Sam Ofsevit was ill,
9  I believe was ill and he was not able to represent
10  him and he would need to close quickly on one of
11  the potential loans that he was analyzing.  I
12  advised him that I would represent him at the
13  closing if he did close.
14      Q.   Did you in fact represent him at a
15  closing of a loan?
16      A.   Did I?
17      Q.   Yes.
18      A.   No.
19      Q.   Do you know why the loan from SSP
20  Capital Partners did not close?
21      A.   I know that Mr. Denderian, at that
22  point in time, was shopping for a variety of
23  different loans.  He viewed the loan from SSP that
24  was being proposed to him as a very expensive
25  loan, very high rate interest, very high cost and

```
1                      R. Kaplin, Esq.
2    he was at that point in time shopping around for
3    financing.  This was one of the potential choices
4    that he had.
5           Q.    Were you provided with a set of
6    closing documents for the SSP loan?
7           A.    I may have been sent an email by the
8    attorney for SSP in connection with a potential
9    closing.
10          Q.    Okay.  Did you review the closing
11   documents for the SSP loan?
12          A.    No, I didn't
13          Q.    I have no further questions.  Thank
14   you.
15                MR. SUCHER:  Thank you.
16                (Time noted:  2:17 p.m.)
17
18                _____
19                RICHARD KAPLIN, ESQ.
20
21   Subscribed and sworn to before me
22   this 24   day of April      , 2008.
23
24   _____        _____
25   (Notary Public)                 My Commission Expires:
```

STEPHEN R. LAROCCA
Notary Public, State of New York
No. - 4901430
Qualified in Nassau County
Commission Expires June 29, 2011

THE BAILEY GROUP
(212) 557-4848