

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SSP CAPITAL PARTNERS, LLC,

        Plaintiff,

  -against-                  1:07-cv-03878 (NRB)

MANDALA, LLC, HAROUST, LLC,

HAMILTON GRANGE, LLC and

316 SECOND AVENUE, LLC,

        Defendants.

------------------------------x


        April 9, 2008

        2:12 p.m.


    Deposition of RICHARD KAPLIN, ESQ.,

held at the offices of KAPLIN, DICONZA,

LaROCCA, DICUNTO & KAPLIN, LLP, 478 Bay

Ridge Parkway, Brooklyn, New York, pursuant

to Notice, before Stephen Kleinman, a Notary

Public within and for the State of New York.



the bailey group
court reporting services

212-557-4848  |  877-544-9600
www.baileyreporting.com

A P P E A R A N C E S:

    YESKOO HOGAN & TAMLYN, LLP

    Attorneys for Plaintiff

        535 Fifth Avenue

        New York, New York 10017

    BY:   RICHARD C. YESKOO, ESQ.


    LAW OFFICES OF MICHAEL T. SUCHER

    Attorneys for Defendants

        26 Court Street, Suite 2412

        Brooklyn, New York 11242

    BY:   MICHAEL T. SUCHER, ESQ.


ALSO PRESENT:

    HAROUTIAN DENDARIAN

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the respective parties herein, that filing and sealing be and the same are hereby waived.

**IT IS FURTHER STIPULATED AND AGREED** that all objections, except as to the form of the question, shall be reserved to the time of the trial.

**IT IS FURTHER STIPULATED AND AGREED** that the within deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the officer before whom the within deposition was taken.

1

2       **R I C H A R D    K A P L I N,   E S Q.**,

3            called as a witness, having been duly sworn

4            by a Notary Public, was examined and

5            testified as follows:

6    **EXAMINATION BY**

7    **MR. YESKOO:**

8            Q.    Would you state your business address

9    for the record, please.

10           A.    478 Bay Ridge Parkway, Brooklyn, New

11   York.

12           Q.    And what is your occupation?

13           A.    I am an attorney.

14           Q.    Did you represent Haroutian Denderian

15   and related companies in February of 2007?

16           A.    I was going represent to him, but we

17   never got that far.

18           Q.    Okay.  Let me show what I will mark as

19   Plaintiff's Exhibit 1.

20                 (Plaintiff's Exhibit 1, secured loan

21           document, marked for identification.)

22           Q.    Let me show you has been marked as

23   Plaintiff's Exhibit 1.

24                 Have you seen a copy of this document

25   before?

5

1                    *R. Kaplin, Esq.*

2        A.    I recognize the name SSP Capital

3   Partners, LLC.  I couldn't tell you whether I saw

4   this particular document before or other

5   correspondence from them.

6        Q.    This document contemplates a loan from

7   SSP Capital Partners to various corporations

8   listed on the first page.

9              Were you aware of a proposed loan?

10       A.    Yes.

11       Q.    Okay.  Can you tell me what legal

12  services, if any you, provided with respect to

13  that loan?

14       A.    Mr. Denderian had contacted me in and

15  around this time, inquiring whether another of my

16  clients that he had borrowed money from before and

17  for whom I had acted as lender's attorney would be

18  interested in loaning him money.  I contacted my

19  client and found out that he was not interested in

20  giving Mr. Denderian or his companies another

21  mortgage.  Mr. Denderian then asked me if I know

22  anyone else that might.  I did contact another

23  potential lender for him.

24             In and around at that time, Mr.

25  Denderian had various conversations with that

1          *R. Kaplin, Esq.*

2   other potential lender about whether or not they
3   would loan him money and under what terms.  There
4   were a variety of properties involved.
5               During the course of that process, Mr.
6   Denderian asked me if I would represent him if any
7   of these loans went to a closing, because his
8   usual attorney by the name of Sam Ofsevit was ill,
9   I believe was ill and he was not able to represent
10  him and he would need to close quickly on one of
11  the potential loans that he was analyzing.  I
12  advised him that I would represent him at the
13  closing if he did close.
14          Q.   Did you in fact represent him at a
15  closing of a loan?
16          A.   Did I?
17          Q.   Yes.
18          A.   No.
19          Q.   Do you know why the loan from SSP
20  Capital Partners did not close?
21          A.   I know that Mr. Denderian, at that
22  point in time, was shopping for a variety of
23  different loans.  He viewed the loan from SSP that
24  was being proposed to him as a very expensive
25  loan, very high rate interest, very high cost and

1                    *R. Kaplin, Esq.*

2    he was at that point in time shopping around for

3    financing.  This was one of the potential choices

4    that he had.

5         Q.    Were you provided with a set of

6    closing documents for the SSP loan?

7         A.    I may have been sent an email by the

8    attorney for SSP in connection with a potential

9    closing.

10        Q.    Okay.  Did you review the closing

11   documents for the SSP loan?

12        A.    No, I didn't

13        Q.    I have no further questions.  Thank

14   you.

15              MR. SUCHER:  Thank you.

16              (Time noted:  2:17 p.m.)

17

18                    _____

19                    RICHARD KAPLIN, ESQ.

20

21   Subscribed and sworn to before me

22   this _____ day of _____, 2008.

23

24   _____      _____

25   (Notary Public)           My Commission Expires:

```
 1
 2                 C E R T I F I C A T E
 3   STATE OF NEW YORK        )
 4                            : ss.
 5   COUNTY OF NEW YORK       )
 6            I, STEPHEN KLEINMAN, a Shorthand
 7   Reporter and a Notary Public within and for
 8   the State of New York, do hereby certify
 9   that the foregoing deposition of RICHARD
10   KAPLIN, ESQ., was taken before me on the 9th
11   day of April, 2008.
12            That the Said testimony was taken
13   stenographically by me and then transcribed.
14            I further certify that I am not
15   related by blood or marriage to any of the
16   parties to this action or interested
17   directly or indirectly in the matter of
18   controversy; nor am I in the employ of any
19   counsel in this action.
20            IN WITNESS WHEREOF, I have hereunto
21   set my hand this 9th day of April, 2008.
22
23                    _____
24                    STEPHEN KLEINMAN
25
```

```
 1
 2    April 9, 2008
 3
 4    ------------------ I N D E X ------------------
 5    WITNESS                  EXAMINATION BY      PAGE
 6    RICHARD KAPLIN, ESQ.  MR. YESKOO             4
 7
 8    ------------ INFORMATION REQUESTS --------------
 9    DIRECTIONS (DI):None.
10    INSERT:         None.
11    RULINGS (RL):   None.
12    REQUESTS (RQ):  None.
13    CERTIFIED (CE): None.
14    MOTIONS (MO):   None.
15
16                    E X H I B I T S
17    PLAINTIFF'S EXHIBIT #                        PAGE
18    1,    secured loan document                  4
19
20
21
22
23
24
25
```