STATE OF NEW YORK )
COUNTY OF KINGS   ) ss.:

    ANDREW M. SHABASSON, an attorney duly licensed to practice law in the courts of the State of New York, affirms under the penalties of perjury that he resides in Brooklyn, New York, is not a party to this action, and is over eighteen years of age. That on September 10, 2008 affirmant served Defendants' opposition to Plaintiff's motion for summary judgment, inclusive of Haroutiun Derderian's Affidavit in Opposition, Exhibits annexed thereto, Memorandum of Law, and Statement of Contested and Uncontested facts, on the entity named below, at its business address, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                      Yeskoo Hogan & Tamlyn, LLP
                      Attorneys for Plaintiff
                      535 Fifth Avenue
                      New York, New York 10017

Affirmed: September 10, 2008

                                      ANDREW M. SHABASSON, ESQ.