# HAROUTIUN DERDERIAN ARCHITECT

April 16, 2007

I have put my crisis to rest for now. All loans are current/good standing and the stips are to mature July 31, 2007.
I am anxious to get ahead of new crises. I must have sufficient liquidity to accomplish:

A) The refinancing of the four properties (A-D) 45-60 days. Should net $1.5 - $2 million.

B) By June to be selling the 16 Condos @ 206 East 124th St. Alteration 75% completed. Should net $2 million plus by September/October.

C) I am filing an offering plan for the conversion of 316 Second Avenue to Condos. It will take 9-12 mos. to complete and should net $2.5 million.

D) I plan to commit myself to the CPC construction loan for the warehouse with three weeks (c. May 15). I will require a letter of credit for $700,000 and also $500,000 for seed money to start the renovation. This project will cash-out @ $14 million.

What would be most useful for me would be to secure the any borrowings with the pledge/assign/ escrow the ownership (not a mortgage which jeopardizes the 1st and costs an additional 3%) on a 4 x – 5 x LTV relationship and to be able to take advances in $500,000 increments. Standing and interest and principal payable at maturity after a six month lock-out on a 12-18 mos. duration. (beyond the letter of credit)

Beyond the specific collateral of any particular property I am prepared to guaranty the borrowing in any form that will not undermine the existing mortgages.

If you would want to explore this please let me know as soon as possible.

I would require a more streamline approach to a conclusion.

*[Handwritten note: This letter was faxed - followed-up on 18 April with telephone conversation with Michael Gordon - no comment from him!]*

DEFENDANT'S EXHIBIT N 5/13/08 LC

316 SECOND AVENUE NYC 10003 212 7774476/8554FAX