ORIGINAL

1                                                              1

2     UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
3     - - - - - - - - - - - - - - - - - - - - - -x

4     SSP CAPITAL PARTNERS, LLC,

5                              Plaintiff,

6          - against -       Case No.:
                             07 CV 3878(NRB)
7
      MANDALA LLC, HAROUST, LLC, HAMILTON GRANGE,
8     LLC, ARABARA, LLC and 316 SECOND AVENUE,
      LLC,
9
                             Defendants.
10    - - - - - - - - - - - - - - - - - - - - - -x

11
                             May 5, 2008
12
                             2:38 p.m.
13

14          EXAMINATION BEFORE TRIAL of RICHARD

15    H. RUBIN, the Non-Party Witness herein,

16    taken by the Defendants, pursuant to

17    Notice, held at the offices of Rubin &

18    Licatesi, located at 591 Stewart Avenue,

19    Garden City, New York  11530, before Martha

20    Trikas, a Notary Public of the State of New

21    York.

22

23

24

25

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

```
 1                    R. RUBIN                    13

 2    me.

 3         Q.      What did he say to you, and what

 4    did you say to him in that regard?

 5         A.      I don't know.  We were talking

 6    about the loan for a good period of time

 7    together.

 8         Q.      Okay.

 9         A.      Exchanging documents, exchanging

10    correspondence.

11         Q.      Did Mr. Kaplan ever receive

12    proposed loan documents from you?

13         A.      I believe so, yes.

14         Q.      Do you know whether he did?

15         A.      I think I sent it to them.  I

16    think we spoke about them.

17         Q.      Well, is it possible for you to

18    be certain as to whether you sent him

19    proposed loan documents from the file that's

20    in front of you today?

21         A.      I could probably do so, yes.

22         Q.      Good.  I'll let you do that, if

23    you would be so kind.

24         A.      Again, we are under a couple of

25    time constraints because of the time that we
```

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

```
 1                    R. RUBIN                    19
 2    lender at or about March six, 2007?
 3         A.      And prior to that as well.   For
 4    a period of time prior to that as well.   But
 5    I don't remember exactly.   The conversation
 6    did come up, probably came up with Mike
 7    Gordon also.
 8         Q.      Did you ever speak with
 9    Mr. Denderian?
10         A.      No.
11         Q.      Ever?
12         A.      He may have called me once
13    pressing for a closing, and I reminded him
14    that he should be speaking with his
15    attorney.
16         Q.      Do you know whether any proposed
17    closing documents were ever sent directly to
18    Mr. Denderian by your office?
19         A.      I don't believe that that would
20    have been my practice.   I think all of my
21    correspondence was with Mr. -- I do remember
22    my correspondence with Mr. Kaplan --
23         Q.      Was a closing date ever set?
24         A.      No.
25         Q.      -- in this matter.
```

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

```
 1                    R. RUBIN                    20
 2              Not to my recollection.
 3      Q.      Do you know whether the --
 4      A.      Well, let me take it back.  I'd
 5  have to check my book for 2007.  I don't
 6  remember if we had scheduled it or if we
 7  hadn't.
 8      Q.      Well, let's leave a space.
 9      A.      Okay.
10      Q.      Please check your book and let
11  us know whether you scheduled it.
12      A.      That's fine.
13      Q.      If you did schedule it, please
14  provide us with a copy --
15      A.      Okay.
16      Q.      -- of the book and any
17  correspondence of and/or any communications
18  that you may have transmitted to
19  Mr. Denderian or to Mr. Kaplan letting them
20  know of the scheduled closing date.
21      A.      Okay.
22  (INSERT)    _nothing scheduled in our Diary 2007_
23      Q.      Just referring --
24      A.      Well, have you seen any of my --
25  did I give you copies of any of my files?
```

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

```
1                    R. RUBIN                        35
2          MR. YESKOO:  Okay.
3              (Whereupon, at 3:21 p.m., the
4      Examination of this Witness was
5      concluded.)
6
7                    _____
8                    RICHARD H. RUBIN
9   Subscribed and sworn to
10  before me this 25th   day
11  of  AUGUST          2008.
12
13  _____
14          NOTARY PUBLIC
15
16
17
18
19
20
21
22
23
24
25
```

LISA R. MONK
NOTARY PUBLIC, State of New York
No. 01MO5027714
Qualified in Nassau County
Commission Expires May 16, 20 10

1                        R. RUBIN                          38

2                        CERTIFICATION

3

4          I, MARTHA TRIKAS, a Notary Public in

5     and for the State of New York do hereby

6     certify:

7          THAT the witness whose examination is

8     hereinbefore set forth, was duly sworn by

9     me; and

10         THAT the within transcript is a true

11    record of the testimony given by said

12    witness.

13         I further certify that I am not

14    related, either by blood or marriage, to any

15    of the parties to this action; and

16         THAT I am in no way interested in the

17    outcome of this matter.

18         IN WITNESS WHEREOF, I have hereunto

19    set my hand this 25th day of May, 2008.

20

21                        _Martha Trikas_

22                        MARTHA TRIKAS

23

24

25

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com