# MEMO ENDORSED

**YESKOO HOGAN & TAMLYN, LLP**
A NEW YORK LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
139 SOUTH STREET
NEW PROVIDENCE, NEW JERSEY 07974
TEL: (908) 464-6300
FAX: (908) 464-2828

RICHARD C. YESKOO[1]
STEPHEN HOGAN[2]
THOMAS T. TAMLYN[2]

[1] MEMBER N.J. & N.Y. BAR
[2] MEMBER N.Y. BAR

NEW YORK OFFICE
555 FIFTH AVENUE
NEW YORK, NY 10017
(212) 983-0900

September 16, 2008

Honorable Naomi Rice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>SSP v. Mandala</u>, 07 CV 3878 (NRB)

Dear Judge Buchwald:

I am writing with the consent of all parties to request an adjournment to file our reply papers in support of plaintiff's motion for summary judgment from September 19 to September 29. The reason for this request is that I started a trial yesterday that is going longer than anticipated and am starting another trial on September 23. Defendants did not file a cross motion for summary judgment so we do not need to adjust any other dates. Your consideration of this request is appreciated.

Respectfully submitted,

Richard C. Yeskoo

Cc: Michael Sucher

*[Handwritten endorsement: So ordered. Naomi Reice Buchwald 9/19/08]*

1