```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

SSP CAPITAL PARTNERS, LLC,

                    Plaintiff,
                                            ORDER
          - v -
                                            07 Civ. 3878 (NRB)
MANDALA LLC, HAROUST, LLC and 316
SECOND AVENUE, LLC,

                    DefendantS.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

On August 26, 2008, plaintiff moved for summary judgment in this matter. For the reasons stated on the record during oral argument on February 6, 2009, plaintiff's motion is DENIED.

**IT IS SO ORDERED.**

Dated:   New York, New York
         February 9, 2009

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/09